Robert B. Miller, OSB No. 960068
RBMillerConsulting@gmail.com
KILMER, VOORHEES & LAURICK,P.C.
2701 NW Vaughn Street, Suite 780
Portland, Oregon  97210
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TSUTOMU SHIMOMURA,

              Plaintiff(s),

v.

UNUM LIFE INSURANCE COMP,

              Defendant(s).

Case No.: 3:22-cv-00455-SB

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit.  This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☑ Yes    ☐ No

    If not, provide an explanation:

    _____

    _____

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☐ (c) ADR may be helpful at a later date following completion of:

_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☑ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☐ (f) Other:

_____

_____

_____

Dated: October 21, 2022         By: /s/ Megan E. Glor, OSB # 930178

Attorney for Plaintiff

By: /s/ Robert B. Miller, OSB # 960068

Attorney for Defendant