Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
John C. Shaw, OSB No. 065086
Email: john@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400
Facsimile: (503) 751-2071

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TSUTOMU SHIMOMURA,<br><br>      Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Case No. 3:22-cv-455-SB<br><br>PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT |

## L.R. 7.1 CERTIFICATION

The undersigned counsel conferred with defendants' counsel, Robert Miller, regarding this motion on November 17, 2023. Mr. Miller awaits his client's final review and approval of the proposed judgment. The undersigned will confirm defendant's position on or about Monday, November 20, 2023, by email to the Court.

/ /

## **MOTION**

Pursuant to the Court's Order dated October 18, 2023 (ECG No. 40) and LR 5-9(c), plaintiff hereby moves for entry of the proposed Judgment, submitted herewith.

DATED:  November 17, 2023

                            Respectfully Submitted,

               **MEGAN E. GLOR ATTORNEYS AT LAW, PC**

By:   s/Megan E. Glor
        MEGAN E. GLOR, OSB # 930178
        megan@meganglor.com
        Telephone: (503) 929-4319

        Attorney For Plaintiff Tsutomu Shimomura