Megan E. Glor, OSB No. 930178
Email: megan@meganglor.com
Megan E. Glor, Attorneys at Law, P.C.
707 NE Knott Street, Suite 101
Portland, OR 97212
Telephone: (503) 223-7400

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TSUTOMU SHIMOMURA,<br><br>    Plaintiff,<br><br> v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 3:22-cv-455-SB<br><br>JUDGMENT |

  Pursuant to the Court's Order (Dkt # 40), IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of plaintiff Tstutomu Shimomura ("plaintiff") and against Unum Life Insurance Company of America ("defendant") as follows:

1. Plaintiff shall recover from defendant a Monthly Benefit, as defined in, and subject to, the terms of the Neofocal Systems, Inc. long-term disability plan ("the Plan), including, but not limited to, the "overpayments" and "Deductible Sources of Income" provisions of

the Plan, from December 7, 2016, through the date of the entry of this judgment. Thereafter, defendant shall administer plaintiff's claim subject to the terms of the Plan.

2. Defendant shall pay plaintiff prejudgment interest pursuant to 28 U.S.C. § 1961(a), and shall pay plaintiff post-judgment interest pursuant to 28 U.S.C. § 1961(a) from the date of the entry of judgment until paid.

3. Plaintiff shall file any motion for attorneys' fees and costs pursuant to pursuant to ERISA, 29 U.S.C § 1132(g), within thirty (30) days.

DATED: _____November 22, 2023_____

_____
Marco A. Hernández
United States District Judge

Submitted by:

s/ Megan E. Glor
Megan E. Glor, OSB No. 930178
Megan E. Glor Attorneys at Law, PC
Telephone: (503) 223-7400

Attorney for Plaintiff Tsutomu Shimomura